UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **5:19-cv-02427-DSF (MAA)**                                                    Date: **April 17, 2020**

Title   **James Salzbrunn v. County of Riverside et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

|  James Munoz  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**          Order to Show Cause Regarding Service of Complaint

On December 17, 2019, Plaintiff James Salzbrunn ("Plaintiff") filed a Complaint. (Compl., ECF No. 1.)  That same day, the Clerk of Court issued a summons for each of the seven Defendants. (Summonses, ECF Nos. 2–8.)

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must serve the summons and Complaint upon all Defendants within ninety days after the Complaint is filed.  Fed. R. Civ. P. 4(m). The Court previously advised Plaintiff of this deadline in the Order Regarding Civil Rights Case. (Order, ECF No. 11.)  To date, Plaintiff has not filed proof that the summons and Complaint have been served on Defendants.

Plaintiff is **ORDERED TO SHOW CAUSE** by **May 18, 2020** why the Court should not recommend that the lawsuit be dismissed for failure to prosecute and comply with a Court order.  If Plaintiff files proofs of service on all Defendants on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**.  *See* C.D. Cal. L.R. 41-1.

It is so ordered.

|  | **Time in Court:** | 0:00 |
|---|---|---|
|  | **Initials of Preparer:** | JM |