UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **5:19-cv-02427-JWH (MAA)**                                   Date:  **March 15, 2021**

Title     **James Salzbrunn v. County of Riverside et al.**

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Regarding Plaintiff's Failure to File Opposition to Defendants' Motion to Dismiss and Failure to Serve Defendant Wohl

On February 8, 2021, the Court granted Plaintiff James Salzbrunn's ("Plaintiff") Ex-Parte Motion to Extend the Deadline to File an Opposition to Defendants' Motion to Dismiss.  (Order, ECF No. 47.)  The Court (1) granted Plaintiff's second request for an extension to file an Opposition to Defendants' Motion to Dismiss, and extended Plaintiff's Opposition deadline to March 1, 2021; and (2) granted Plaintiff's third request for an extension of time to serve Defendant David Wohl and extended the Order to Show Cause with respect to Defendant Wohl to March 1, 2021.  (*Id*.)

The Court previously cautioned Plaintiff that "failure to respond to the Motion may be construed as consent to the granting of the Motion and may result in dismissal of the action.  C.D. Cal. L.R. 7-12; *see also Ghazali v. Moran*, 46 F.3d 52, 53–54 (9th Cir. 1995) (affirming dismissal on the basis of an unopposed motion pursuant to local rule)."  (ECF No. 38.)  The Court also previously cautioned Plaintiff that failure to comply with the Order to Show Cause would **"result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1."**  (ECF No. 33.)

To date, Plaintiff has not filed an Opposition to the Motion to Dismiss, nor filed a response to the Order to Show Cause regarding Defendant Wohl.

Plaintiff is **ORDERED TO SHOW CAUSE** by **April 14, 2021** why the Court should not recommend that the lawsuit be dismissed for failure to file an Opposition to the Motion to Dismiss,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **5:19-cv-02427-JWH (MAA)**                              Date:  **March 15, 2021**

Title       **James Salzbrunn v. County of Riverside et al.**

and failure to respond to the Order to Show Cause regarding Defendant Wohl.  If, on or before **April 14, 2021**, Plaintiff files an Opposition to the Motion to Dismiss and files a response to the Order to Show Cause regarding Defendant Wohl, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to file an Opposition to the Motion to Dismiss will be deemed as consent to the granting of the Motion and will result in a recommendation that this action be dismissed.  C.D. Cal. L.R. 7-12.  Plaintiff also is advised that failure to comply with this Order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

**Time in Court:**   0:00
**Initials of Preparer:**   JM