UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SALZBRUNN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE et al.,<br><br>　　　　　Defendants. | Case No. 5:19-cv-02427-JWH-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (ECF No. 1), Defendant's Motion to Dismiss the Complaint (ECF No. 34), the other records on file herein, and the Report and Recommendation of United States Magistrate Judge (ECF No. 50). The time for filing objections has expired and no objections have been made. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

2. Defendant's Motion to Dismiss the Complaint is **GRANTED**;

3. The Complaint is **DISMISSED**; and

4. Judgment shall be **ENTERED** dismissing the entire action without prejudice.

**IT IS SO ORDERED.**

DATED: July 15, 2021

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE