JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SALZBRUNN,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF RIVERSIDE et al.,<br><br>  Defendants. | Case No. 5:19-cv-02427-JWH-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action are **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

DATED: July 15, 2021

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE